UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re:

    Raymond L. Jackson                 Case No. 1-10-13978
    xxx-xxx-9573

            Debtor.

---

## STATEMENT PURSUANT TO RULE 1019(5)

    The following debts were incurred by the debtor subsequent to the confirmation of the Chapter 13 plan and prior to conversion of this case to Chapter 7:

| Creditor | Description | Amount |
|---|---|---|
| Account No. 146489.39.160-1-11<br>Melissa Brunson, Town Clerk<br>Room 14 Municipal Bldg<br>2919 Delaware Avenue<br>Kenmore, NY 14217-2390<br><br>Additional Notice to:<br>Erie County Tax<br>95 Franklin Street<br>Room 100<br>Buffalo, NY 14202 | 2011County And Town Tax<br>Includes relevy for School Taxes | $ 3,100.75 |
| Account No. 146489.39.160-1-11<br>Melissa Brunson, Town Clerk<br>Room 14 Municipal Bldg<br>   $ 1,400.00<br>2919 Delaware Avenue<br>Kenmore, NY 14217-2390<br><br>Additional Notice to:<br>Erie County Tax<br>95 Franklin Street<br>Room 100<br>Buffalo, NY 14202 | 2011-12 School Tax<br>(estimated amount) | |

TOTAL                                                     $ 4,500.75

I declare under penalty of perjury that the information provided in this statement is true and correct.

Dated: September 16, 2011                 ___/s/ Raymond L. Jackson___
                                     Raymond L. Jackson